**THE LAW FIRM OF ADAM KALISH P.C.**
Adam Kalish, Esq.
*Counsel for Plaintiff*
49306 Flatlands Ave
Brooklyn, NY 11236

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y

★  **FEB 26 2019**  ★

BROOKLYN OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CROSBY CAPITAL USA, LLC,

**NOTICE OF VOLUNTARY
DISCONTINUANCE**
Case No. 1:19-cv-00143

Plaintiff,

-against-

CONTACT HOLDINGS CORP, ELI MAOR

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s)CROSBY CAPITAL USA, LLC and or their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against the defendants CONTACT HOLDINGS CORP and ELI MAOR.

Dated: Brooklyn, New York

BY: _Adam Kalish_____
Adam Kalish, Esq.
*Attorneys for Plaintiff*

So Ordered: /s/ USDJ KIYO A. MATSUMOTO
      **Kiyo A. Matsumoto**
      **U.S. District Judge**

